997 A.2d 337

Ronald BLOUNT, Individually and as President of the Taxi Worker's Alliance of Pennsylvania, Arink, Inc., Raink, Inc., Audrey Cab, Inc., T/A County Cab, Sawink, Inc., Dee–Dee Cab, Inc., T/A Penn–Del Cab, Quaker City Cab, Inc., Germantown Cab Co. and Michael Etemad, Appellants

v.

PHILADELPHIA PARKING AUTHORITY, Appellee.

Supreme Court of Pennsylvania.

July 16, 2010.

## ORDER

PER CURIAM.

AND NOW, this 16th day of July, 2010, the order of the Commonwealth Court is hereby AFFIRMED.

Jurisdiction relinquished.